**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Mon Cheri Bridals, LLC | ) | Case No: 21 C 5202 |
| v. | ) | Judge: Harry D. Leinenweber |
| Partnerships and Unincorporated Association Identified on Schedule "A", et al | ) | |

**ORDER**

Telephone conference held and continued to 1/26/22 at 9:15 a.m. The TRO has expired. Defendant Johnson is granted leave to file a petition for fees by 12/16/21, response by 1/7/22. The Clerk is directed to unseal document #12 forthwith. To join the conference on 1/26/22, dial: 888-684-8852 or 215-446-0155, access code: 9582710#. Security code (if asked): 8115. Mailed notice(maf)

(T:00:15)
Date: 12/2/21                                                    /s/ Judge Harry D. Leinenweber