# EXHIBIT 2

# Select A Case

**David Lee Gulbransen Jr is an attorney in 50 cases.**

| | | | | |
|---|---|---|---|---|
| [1:16-cv-09558](#) | Viahart v. Awesome Choice et al | filed 10/06/16 | closed 02/06/17 | 840(Trademark) |
| [1:17-cv-04402](#) | Justin Alexander, Inc. v. Does 1-72 | filed 06/12/17 | closed 10/12/17 | 840(Trademark) |
| [1:17-cv-08139](#) | Wesley Corporation v. Does 1-132 | filed 11/09/17 | closed 01/22/18 | 840(Trademark) |
| [1:17-cv-08140](#) | Choon's Design LLC v. Does 1-41 | filed 11/09/17 | closed 02/14/18 | 840(Trademark) |
| [1:17-cv-08141](#) | Tucker International LLC v. Does 1-38 | filed 11/09/17 | closed 01/30/18 | 840(Trademark) |
| [1:17-cv-08142](#) | VIAHART et al v. Does 1-299 | filed 11/10/17 | closed 03/15/18 | 840(Trademark) |
| [1:18-cv-02516](#) | Mon Cheri Bridals, LLC v. Does 1-81 | filed 04/09/18 | closed 07/13/18 | 840(Trademark) |
| [1:18-cv-04405](#) | Wesley Corporation v. Does 1-205 | filed 06/25/18 | closed 10/11/18 | 840(Trademark) |
| [1:18-cv-05011](#) | Mon Cheri Bridals, LLC v. Does 1-349 | filed 07/23/18 | closed 10/11/18 | 840(Trademark) |
| [1:18-cv-05031](#) | Shenzhen Jinghe Technology Co., Ltd. v. Does 1-166 | filed 07/24/18 | closed 10/18/18 | 840(Trademark) |

| [1:18-cv-07719](#) | Fairly Odd Treasures v. The Partnerships and Unincorporated Associations Identified On Schedule "A" | filed 11/20/18 | closed 04/18/19 | 840(Trademark) |
| [1:18-cv-07760](#) | Dynamite Marketing v The Partnerships and Unincorporated Association Identified on Schedule "A" | filed 11/21/18 | closed 04/04/19 | 840(Trademark) |
| [1:18-cv-07761](#) | Kiesque, Incorporated v The Partnerships and Unincorporated Associations Identified on Schedule "A" | filed 11/21/18 | closed 05/14/19 | 840(Trademark) |
| [1:18-cv-07763](#) | Whittman v. The Partnerships and Unincorporated Associations Identified on Schedule "A" | filed 11/21/18 | closed 04/04/19 | 840(Trademark) |
| [1:18-cv-07845](#) | Hunt v. Partnerships and Unincorporated Association | filed 11/28/18 | closed 07/01/19 | 840(Trademark) |
| [1:18-cv-08545](#) | Flip Clip Technology LLC v. Partnerships and Unincorporated Associations Identified on Schedule "A" | filed 12/31/18 | closed 08/07/19 | 840(Trademark) |
| [1:19-cv-00025](#) | Crazy Aaron Enterprises, Inc v. Partnerships and Unincorporated Associations Identified on Schedule "A" | filed 01/02/19 | closed 06/13/19 | 840(Trademark) |
| [1:19-cv-00026](#) | Anti-Age Technologies, LLC v. Partnerships and Unincorporated Associations Identified on Schedule "A" | filed 01/02/19 | closed 06/26/19 | 840(Trademark) |
| [1:19-cv-01765](#) | Crave Products, Inc. v. Partnerships and Unincorporated Associations Hon. Identified on Schedule "A", The | filed 03/13/19 | closed 07/16/19 | 840(Trademark) |
| [1:19-cv-02362](#) | Mon Cheri Bridals, LLC v Does 1-464 | filed 04/08/19 | closed 06/27/19 | 840(Trademark) |
| [1:19-cv-02581](#) | Anti-Age Technologies, LLC v. Partnerships and Unincorporated Association Identified on Schedule "A" | filed 04/16/19 | closed 08/27/19 | 840(Trademark) |

| [1:19-cv-02583](#) | Hunt v. Partnerships and Unincorporated Association Identified on Schedule "A" | filed 04/16/19 | closed 11/14/19 | 840(Trademark) |
| --- | --- | --- | --- | --- |
| [1:19-cv-02886](#) | Sheldons', Inc. v. Partnerships and Unincorporated Association Identified on Schedule "A" | filed 04/30/19 | closed 09/12/19 | 840(Trademark) |
| [1:19-cv-05471](#) | Cycling Sports Group, Inc v. The Partnerships Identified on "Schedule A" | filed 08/14/19 | closed 02/06/20 | 840(Trademark) |
| [1:19-cv-06599](#) | UT Brands LLC v. Partnerships and Unincorporated Association Identified on Schedule "A" | filed 10/04/19 | closed 01/16/20 | 840(Trademark) |
| [1:19-cv-07555](#) | Mori Lee v. Partnerships and Unincorporated Association Identified on Schedule "A" | filed 11/15/19 | closed 08/06/20 | 840(Trademark) |
| [1:20-cv-01360](#) | Crave Products, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" | filed 02/25/20 | closed 08/14/20 | 840(Trademark) |
| [1:20-cv-04248](#) | Halo Acoustic Wear LLC v. Partnerships and Unincorporated Association Identified on Schedule "A" | filed 07/19/20 | closed 04/15/21 | 840(Trademark) |
| [1:20-cv-05923](#) | ABC LLC v. Partnerships and Unincorporated Association Identified on Schedule "A" | filed 10/05/20 | closed 02/19/21 | 840(Trademark) |
| [1:20-cv-05928](#) | XYZ LLC v. Partnerships and Unincorporated Association Identified on Schedule "A" | filed 10/05/20 | closed 03/24/21 | 840(Trademark) |
| [1:20-cv-06173](#) | ABC Corporation v. Partnerships and Unincorporated Association Identified on Schedule "A" | filed 10/16/20 | closed 02/09/21 | 840(Trademark) |
| [1:20-cv-06610](#) | Wesley Corporation v. The Partnerships and Unincorporated Associations | filed 11/06/20 | closed 03/12/21 | 840(Trademark) |
| [1:20-](#) | Snyder Manufacturing, Inc. v. The Partnerships | filed 11/06/20 | closed 04/15/21 | 840(Trademark) |

| | | | | |
|---|---|---|---|---|
| 1:20-cv-06612 | and Unincorporated Associations Identified in Schedule "A" | | | |
| 1:20-cv-07008 | Beauty Plus Trading Co., Inc. v. Partnerships and Unincorporated Association Identified on Schedule "A" | filed 11/25/20 | closed 04/28/21 | 840(Trademark) |
| 1:20-cv-07411 | Noted LLC v The Partnerships and Unincorporated Associations Identified on Schedule "A" | filed 12/15/20 | closed 03/09/21 | 840(Trademark) |
| 1:20-cv-07648 | Mori Lee, LLC v. Partnerships and Unincorporated Association Identified on Schedule "A" | filed 12/22/20 | closed 09/30/21 | 840(Trademark) |
| 1:21-cv-00709 | Ruppert Garden Tools, LLC vs. The Partnerships and Uincorporated Associations Hon. Identified on Schedule "A" | filed 02/08/21 | | 840(Trademark) |
| 1:21-cv-01239 | PST Innovations LLC v. Partnerships and Unincorporated Association Identified on Schedule "A" | filed 03/04/21 | closed 06/15/21 | 840(Trademark) |
| 1:21-cv-01426 | DEF LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" | filed 03/15/21 | closed 11/12/21 | 840(Trademark) |
| 1:21-cv-01679 | EFG Corp v. The Partnerships and Unincorporated Associations Identified on Schedule "A" | filed 03/29/21 | closed 09/28/21 | 840(Trademark) |
| 1:21-cv-01982 | ABC Corporation v. Partnerships and Unincorporated Associations Hon. Identified on Schedule "A", The | filed 04/13/21 | closed 08/11/21 | 840(Trademark) |
| 1:21-cv-02145 | Carve Design v. Partnerships and Unincorporated Association Identified on Schedule "A" | filed 04/21/21 | closed 10/08/21 | 840(Trademark) |
| 1:21-cv-02789 | Springdale Acoustics, Inc. | filed 05/24/21 | closed 11/04/21 | 840(Trademark) |
| 1:21-cv- | LAI LLC v. Partnerships and Unincorporated Association Identified on Schedule "A" | filed 06/21/21 | closed 12/13/21 | 840(Trademark) |

| | | | |
|---|---|---|---|
| [1:21-cv-04923](#) | AO v. Partnerships and Unicorporated Associations Identified on Schedule "A", The | filed 09/16/21 | 840(Trademark) |
| [1:21-cv-05202](#) | Mon Cheri Bridals, LLC et al v. Partnerships and Unincorporated Association Identified on Schedule "A" | filed 10/01/21 | 840(Trademark) |
| [1:21-cv-06025](#) | CB LLC v. The Partnerships and Unincorporated Associations Hon. Identified on Schedule "A" | filed 11/10/21 | 840(Trademark) |
| [1:21-cv-06027](#) | BPP, Inc. v Partnerships and Unincorporated Association Identified on Schedule "A" | filed 11/10/21 | 840(Trademark) |
| [1:21-cv-06171](#) | SGL LTD v. Partnerships and Unincorporated Association Identified on Schedule "A" | filed 11/18/21 | 840(Trademark) |
| [1:21-cv-06214](#) | RT Inc v. Partnerships and Unincorporated Association Identified on Schedule "A" | filed 11/19/21 | 840(Trademark) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/13/2021 22:57:56 | | | |
| **PACER Login:** | | **Client Code:** | SH20211201 |
| **Description:** | Search | **Search Criteria:** | NOS: 840 Last Name: Gulbransen First Name: David Type: aty |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |