UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mon Cheri Bridals, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 21-CV-5202 |
| v. | ) |
| | ) Judge Harry D. Leinenweber |
| Certain Schedule A Defendants, | ) |
| | ) Magistrate Judge Heather K. McShain |
| Defendants. | ) |
| | ) |
| | ) |

**DECLARATION IN SUPORT OF PETITION FOR ATTORNEY FEES**

I, Wesley E. Johnson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. This declaration is submitted in support of the Defendant's Motion for Fees and Costs (the "***Fee Petition***") on behalf of stores listed in the appearance (the "***Appearance***") filed on December 1 (Dkt. # 27) and Does 93 and 146 (collectively, the "***Defendants***") for Attorneys' Fees and Costs for the period from December 1, 2021, to the present for the specific hours and billing rates related to work performed in this litigation on behalf of the Defendants by me, at my firm, Goodman, Tovrov, Hardy & Johnson LLC ("***GTHJ***").

**Background of Case**

2. This firm was retained one week before the Dec. 2, 2021 hearing, during the Thanksgiving holiday, and we were not able to turn our attention to it until December 1, 2021. Defendants first received notice of this lawsuit in the week prior the hearing, in the midst of the Thanksgiving holiday.

1

**Background of Time Billers**

3. I am a 1994 graduate of the Chicago-Kent College of Law. I am a member in good standing of the bars of the Supreme Court of Illinois and the United States District Court for the Northern District of Illinois.

4. Shuyu Lin is a 2009 law graduate of National Tapei University, with LLM degrees from National Tapie University (2015) and Northwestern Pritzker School of Law (2018). She has been admitted to the bars of Taiwan, New York State, and the Northern District of Illinois.

5. Our co-counsel in this matter is Intelink Law Group PC, who will submit their own declaration in support of fees.

**Time and Expense Records and Reasonable Rates for Timekeepers**

6. In connection with the preparation of the Fee Petition, I have reviewed the time records of my own, the other attorneys and paralegals concerning this litigation. A summary of the time records for attorneys and paralegals are attached to the Petition as Exhibit 2. This summary sets forth a true and accurate record of the professional services actually and reasonably rendered by the attorneys and paralegals who worked on this litigation for whom fees are being sought.

7. The records I reviewed include the computer printout of the hours spent on this case by the attorneys and paralegals my firm maintains for our work on this and other cases. The system used by the Firm is Clio, a server-based time tracking system. Clio is used to track all attorney and paralegal time for invoicing and for petitions for attorneys' fees. The time records contain details concerning the hours

expended and the type of services provided on behalf of the Defendants in this litigation. The records I reviewed were compiled by generating a printout of the time spent on this litigation. The time records I reviewed were personally and accurately recorded by the Firm's attorneys, including myself, and the paralegals.

8. I believe that the hours that are listed in the attached Exhibit 2 are reasonable given the length and the highly contested nature of this case.

9. Defendants are seeking $550 per hour for Attorney time for me and $350 per hour for ShuYu Lin. The rates requested are well below the rates contained in the Laffey Matrix, attached as Exhibit 2. According to the Laffey Matrix, the billing rate for attorneys with 8-10 years of experience is $676 per hour and for attorneys with 20+ years of experience is $919 per hour.

10. I have also reviewed the records concerning the expenses incurred by the Firm in this litigation. Those expenses are included in Exhibit 1 which lists all of the expenses incurred in this matter by my firm. These costs were necessary, reasonable and incurred in prosecuting this litigation.

Under the penalty of perjury, the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

/s/ Wesley E. Johnson

Dated: December 16, 2021

Wesley Johnson
Goodman Tovrov Hardy & Johnson LLC

3

105 W. Madison, Suite 1500
Chicago, IL 60602
(312) 752-4828
Fax: (312) 264-2535
wjohnson@goodtov.com

# EXHIBIT 1



**INVOICE**

Invoice # 67
Date: 12/16/2021
Due On: 01/15/2022

## Goodman Tovrov Hardy & Johnson LLC

105 W. Madison Ste 1500
Chicago, United States 60602
Phone: (312) 752-4828
Fax: (312) 264-2535
Goodtov.com

Intelink Law Group PC
One Market Street Spear Tower
Suite 3600
San Francisco, CA 94105

### 21-00400-Intelink Law Group PC

**Represent Defendants: Mon Cheri Bridals, LLC v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" Judge: Hon. Harry D. Leinenweber Case No. 21-cv-5202 Magistrate: Hon. Heather K. McShain**

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | WJ | 12/01/2021 | Review court file - zoom conference with co-counsel re: legal strategy for hearing tomorrow. | 4.20 | $550.00 | $2,310.00 |
| Service | SL | 12/01/2021 | Organize Defendants List, Prepare and File appearance | 1.60 | $350.00 | $560.00 |
| Service | WJ | 12/02/2021 | Email exchange with opposing counsel and co-counsel; prep for and Attend court hearing re: status | 2.80 | $550.00 | $1,540.00 |

| Service | SL | 12/02/2021 | Contact Court Reporter and Order 12/2 transcript | 0.50 | $350.00 | $175.00 |
| Service | SL | 12/02/2021 | Review Dismissal List and Organize Defendants List | 1.00 | $350.00 | $350.00 |
| Service | WJ | 12/06/2021 | Document: Mon Cheri - motion for attorney fees.docx; review evidence from DKT 12 | 2.70 | $550.00 | $1,485.00 |
| Service | WJ | 12/15/2021 | Draft fee petition declaration; edit and revise fee petition. | 2.70 | $550.00 | $1,485.00 |
| Service | WJ | 12/16/2021 | Revise and finalize petition for atty fees | 1.70 | $550.00 | $935.00 |

| | **Quantity Subtotal** | **17.2** |
| | **Services Subtotal** | **$8,840.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/02/2021 | Transcript | 1.00 | $87.20 | $87.20 |

| | **Expenses Subtotal** | **$87.20** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Wesley Johnson | 14.1 | $550.00 | $7,755.00 |
| Shuyu Lin | 3.1 | $350.00 | $1,085.00 |

| | **Quantity Total** | **17.2** |
| | **Subtotal** | **$8,927.20** |
| | **Total** | **$8,927.20** |

## Statement of Account

| Outstanding Balance | New Charges | Amount in Trust | Payments Received | **Total Amount Outstanding** |

( $0.00 + $8,927.20 ) - ( $0.00 + $0.00 ) = **$8,927.20**

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 67 | 01/15/2022 | $8,927.20 | $0.00 | $8,927.20 |
| | | | **Outstanding Balance** | **$8,927.20** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$8,927.20** |

Please make all amounts payable to: Goodman Tovrov Hardy & Johnson LLC
**EIN: Redacted**

EXHIBIT 2

# LAFFEY MATRIX

|  |  |  | Years Out of Law School * | | | | |
|---|---|---|---|---|---|---|---|
| Year | Adjustmt Factor** | Paralegal/ Law Clerk | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/21- 5/31/22 | 1.006053 | $208 | $381 | $468 | $676 | $764 | $919 |
| 6/01/20- 5/31/21 | 1.015894 | $206 | $378 | $465 | $672 | $759 | $914 |
| 6/01/19- 5/31/20 | 1.0049 | $203 | $372 | $458 | $661 | $747 | $899 |
| 6/01/18- 5/31/19 | 1.0350 | $202 | $371 | $455 | $658 | $742 | $894 |
| 6/01/17- 5/31/18 | 1.0463 | $196 | $359 | $440 | $636 | $717 | $864 |
| 6/01/16- 5/31/17 | 1.0369 | $187 | $343 | $421 | $608 | $685 | $826 |
| 6/01/15- 5/31/16 | 1.0089 | $180 | $331 | $406 | $586 | $661 | $796 |
| 6/01/14- 5/31/15 | 1.0235 | $179 | $328 | $402 | $581 | $655 | $789 |
| 6/01/13- 5/31/14 | 1.0244 | $175 | $320 | $393 | $567 | $640 | $771 |
| 6/01/12- 5/31/13 | 1.0258 | $170 | $312 | $383 | $554 | $625 | $753 |
| 6/01/11- 5/31/12 | 1.0352 | $166 | $305 | $374 | $540 | $609 | $734 |
| 6/01/10- 5/31/11 | 1.0337 | $161 | $294 | $361 | $522 | $589 | $709 |
| 6/01/09- 5/31/10 | 1.0220 | $155 | $285 | $349 | $505 | $569 | $686 |
| 6/01/08- 5/31/09 | 1.0399 | $152 | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05-5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04-5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03-6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02-5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01-5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00-5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |
| 6/1/99-5/31/00 | 1.0491 | $101 | $185 | $227 | $328 | $369 | $444 |
| 6/1/98-5/31/99 | 1.0439 | $96 | $176 | $216 | $312 | $352 | $424 |
| 6/1/97-5/31/98 | 1.0419 | $92 | $169 | $207 | $299 | $337 | $406 |
| 6/1/96-5/31/97 | 1.0396 | $88 | $162 | $198 | $287 | $323 | $389 |
| 6/1/95-5/31/96 | 1.032 | $85 | $155 | $191 | $276 | $311 | $375 |
| 6/1/94-5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |

History

Case Law

See the Matrix

Contact us

Home

The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g.,DL v. District of Columbia, 267 F.Supp.3d 55, 69 (D.D.C. 2017)

* "Years Out of Law School" is calculated from June 1 of each year, when most law students graduate. "1-3" includes an attorney in his 1st, 2nd and 3rd years of practice, measured from date of graduation (June 1). "4-7" applies to attorneys in their 4th, 5th, 6th and 7th years of practice. An attorney who graduated in May 1996 would be in tier "1-3" from June 1, 1996 until May 31, 1999, would move into tier "4-7" on June 1, 1999, and tier "8-10" on June 1, 2003.

** The Adjustment Factor refers to the nation-wide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor.