## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Mon Cheri Bridals, LLC, | **)** | |
| | **)** | |
| Plaintiff, | **)** | |
| | **)** | Case No. 21-CV-5202 |
| v. | **)** | |
| | **)** | Judge Harry D. Leinenweber |
| Certain Schedule A Defendants, | **)** | |
| | **)** | Magistrate Judge Heather K. |
| Defendants. | **)** | McShain |
| | **)** | |
| | **)** | |

## DECLARATION IN SUPORT OF PETITION FOR ATTORNEY FEES

I, Ning Zhang, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  This declaration is submitted in support of the Defendant's Motion for Fees and Costs (the "***Fee Petition***") on behalf of stores listed in the appearance (the "***Appearance***") filed on December 1 (Dkt. # 27) and Does 93 and 146 (collectively, the "***Defendants***") for Attorneys' Fees and Costs for the period from December 1, 2021, to the present for the specific hours and billing rates related to work performed in this litigation on behalf of the Defendants by me, at my firm, Intelink Law Group LLC.

## Background of Case

2.  This firm was retained one week before the Dec. 2, 2021 hearing, during the Thanksgiving holiday, our entire team was devoted to educating defendants, organizing them and collecting information. None of the Defendants have any understanding of U.S. litigations and they would not have been able to find a U.S.

attorney without us organizing them. Defendants first received notice of this lawsuit in the week prior the hearing, in the midst of the Thanksgiving holiday.

## Background of Time Billers

3. I am a 2007 graduate of the Georgetown University Law Center. I am a member in good standing of the bars California and Georgia.

4. Jane Jaang is a 2000 graduate Rutgers University School of Law, with honors. She is a member and in good standing of the bars of New York, EDNY, SDNY, WD MI, and 8th Circuit.

5. Yiqi Wang is a 2017 graduate of Washington University at St. Louis, LLM program. He is a member in good standing of the New York bar.

6. Jonathan Huang is our legal intern who recently got admitted into UCLA Law School and is helping us with document organization work.

7. Our co-counsel in this matter is Goodman, Tovrov, Hardy & Johnson, who will submit their own declaration in support of fees.

## Time and Expense Records and Reasonable Rates for Timekeepers

8. In connection with the preparation of the Fee Petition, I have reviewed the time records of my own, the other attorneys and paralegals concerning this litigation. A summary of the time records for attorneys and paralegals are attached to the Petition as Exhibit 2. This summary sets forth a true and accurate record of the professional services actually and reasonably rendered by the attorneys and paralegals who worked on this litigation for whom fees are being sought.

9.   The records I reviewed include the computer printout of the hours spent on this case by the attorneys and paralegals my firm maintains for our work on this and other cases. The system used by the Firm is Clio, a server-based time tracking system. Clio is used to track all attorney and paralegal time for invoicing and for petitions for attorneys' fees. The time records contain details concerning the hours expended and the type of services provided on behalf of the Defendants in this litigation. The records I reviewed were compiled by generating a printout of the time spent on this litigation. The time records I reviewed were personally and accurately recorded by the Firm's attorneys, including myself, and the paralegals.

10. I believe that the hours that are listed in the attached Exhibit 1 are reasonable given the length and the highly contested nature of this case.

11. Defendants are seeking $550 per hour for my time, $485 per hour for Jane's time, $300 per hour for associate, Yiqi's time and $100 per hour for intern time. The rates requested are well below the rates contained in the Laffey Matrix, attached as Exhibit 2. According to the Laffey Matrix, the billing rate for attorneys with 20+ years of experience is $919 per hour.

12. I have also reviewed the records concerning the expenses incurred by the Firm in this litigation. Those expenses are included in Exhibit 1 which lists all of the expenses incurred in this matter by my firm. These costs were necessary, reasonable and incurred in prosecuting this litigation.

Under the penalty of perjury, the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

/s/ Ning Zhang

Dated: December 16, 2021

Ning Zhang
Intelink Law Group P.C.
6265 Greenwich Drive, Suite 201
San Diego, CA 92122 (650) 999-0227
nzhang@intelinklaw.com



**Invoice To:**
Lijuan Xiao

# INVOICE

Invoice # 3216
Date: 12/15/2021
Due Upon Receipt

| Invoice Number | Total |
|---|---:|
| 3216 | $45,166.00 |

| | | |
|---|---:|---:|
| | Subtotal | $45,166.00 |
| | Tax | $0.00 |
| | Interest | $0.00 |
| | **Amount Due** | **$45,166.00** |



# INVOICE

Invoice # 3216
Date: 12/15/2021
Due Upon Receipt

Lijuan Xiao

## Statement of Account

| | Outstanding Balance | | New Charges | | Amount in Trust | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|
| ( | $0.00 | + | $45,166.00 | - ( | $42,980.00 | + | $0.00 | ) = | $2,186.00 |

## SH20211201

## 21-CV-5202

### Services

| Date | Professional | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 11/26/2021 | YW | Conference call with defendants discussing the basic info and current status of Mon Cheri Bridals, LLC et al v. Partnerships and Unincorporated Association Identified on Schedule _A | 4.50 | $300.00 | $1,350.00 |
| 11/27/2021 | JH | compilation of defendent list | 3.00 | $100.00 | $300.00 |
| 11/27/2021 | YW | Conference call with defendants discussing potential strategy; discussion with the defedant's representative re the coordination work to organize the defendants; translation of the questionnaire for the defendants into Chinese | 5.00 | $300.00 | $1,500.00 |
| 11/28/2021 | NZ | attend conference calls with potential clients | 2.00 | $550.00 | $1,100.00 |
| 11/28/2021 | NZ | Prepare engagement letter for review and signing. | 2.50 | $550.00 | $1,375.00 |
| 11/28/2021 | JH | compilation of defendent list | 3.00 | $100.00 | $300.00 |
| 11/28/2021 | YW | Conference call with defendants' representative re the organization work; conference call with defendants discussing the organization work and potential strategy, and answering questions raised by defendants | 3.50 | $300.00 | $1,050.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/29/2021 | JH | compilation of defendent list | 4.00 | $100.00 | $400.00 |
| 11/29/2021 | YW | Coordinate with the defendants' representatives re the execution of the engagement letter and the questionnaire to be completed by defendants; conference call with the defendants answering questions raised by the defendants re the engagement and questionnaire. | 3.50 | $300.00 | $1,050.00 |
| 11/30/2021 | JJ | A104 Review/analyze L120 Analysis/Strategy: Review TRO papers and conference call re same | 2.00 | $485.00 | $970.00 |
| 11/30/2021 | NZ | Discuss internally on strategy of defense. | 1.50 | $550.00 | $825.00 |
| 12/01/2021 | NZ | Coordinate with various parties and attend conference calls to prepare the case. | 2.50 | $550.00 | $1,375.00 |
| 12/01/2021 | YW | Coordinate with the defendants' representative re the questionnaires to be completed by the defendants; compilation of the completed questionnaires; filled in Copyright Office's Litigation Statement Form LS to obtain the deposit copies of the plaintiff's copyright in the case; search plaintiff's copyright in Copyright Office official database; compilation of the list of clients and their basic info | 6.50 | $300.00 | $1,950.00 |
| 12/01/2021 | JJ | A101 Plan and prepare for L220 Preliminary Injunctions/Provisional Remedies: Plan and prepare for 12/2 court hearing and conference call re same. | 5.80 | $485.00 | $2,813.00 |
| 12/02/2021 | NZ | Coordinate with clients and support hearing efforts; attend hearing; prepare summary of the order for clients and identify additional defendants to be added. | 4.50 | $550.00 | $2,475.00 |
| 12/02/2021 | YW | Review NOTICE of Voluntary Dismissal and update the list of clients to identify the defendants left out by the plaintiff; attend the hearing; conference call with the defendants' representative re the hearing | 3.50 | $300.00 | $1,050.00 |
| 12/02/2021 | JH | image extraction | 1.00 | $100.00 | $100.00 |
| 12/02/2021 | JJ | A109 Appear for/attend L220 Preliminary Injunctions/Provisional Remedies: Attend 12/2 court hearing via telephone | 0.40 | $485.00 | $194.00 |
| 12/03/2021 | YW | review NOTICE of Voluntary Dismissal and update the defendants' list to check if there were any clients that were left out by the plaintiff; conference call with the defendants' representative discussing the new NOTICE of Voluntary Dismissal filed by the plaintiff | 1.50 | $300.00 | $450.00 |
| 12/03/2021 | JH | wrote pycharm program to automatically extract images from one pdf file and organize according to defendants | 2.00 | $100.00 | $200.00 |
| 12/06/2021 | JH | expanded image extraction program to loop through multiple pdfs and automatically organize defendants | 5.00 | $100.00 | $500.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | instead of manually batch converted results from word to pdf | | | |
| 12/06/2021 | JJ | A102 Research L120 Analysis/Strategy: Work on fee petition | 1.00 | $485.00 | $485.00 |
| 12/07/2021 | NZ | Attend call to discuss motion for attorneys' fees. | 1.20 | $550.00 | $660.00 |
| 12/07/2021 | JH | file conversions, compressing, uploading and reorganization | 2.00 | $100.00 | $200.00 |
| 12/07/2021 | JJ | A105 Communicate (in firm) L120 Analysis/ Strategy: Conference call re fee petition | 1.00 | $485.00 | $485.00 |
| 12/07/2021 | JJ | A102 Research L120 Analysis/Strategy: Legal research and review of 7th Circuit cases regarding fee shifting and sanctions | 3.00 | $485.00 | $1,455.00 |
| 12/08/2021 | JH | docket alarm tasks, final judgment order search, file upload | 3.00 | $100.00 | $300.00 |
| 12/08/2021 | JJ | A103 Draft/revise L250 Other Written Motions and Submissions: Draft/revise fee petition | 2.50 | $485.00 | $1,212.50 |
| 12/08/2021 | JJ | A102 Research L120 Analysis/Strategy: Legal research and review of fee shifting in 7th circuit | 2.00 | $485.00 | $970.00 |
| 12/09/2021 | JH | documentation and debugging for pycharm program | 2.00 | $100.00 | $200.00 |
| 12/09/2021 | JJ | A103 Draft/revise L250 Other Written Motions and Submissions: Draft/revise fee petition | 3.30 | $485.00 | $1,600.50 |
| 12/10/2021 | JH | documentation and debugging for pycharm program | 2.00 | $100.00 | $200.00 |
| 12/10/2021 | JJ | A103 Draft/revise L250 Other Written Motions and Submissions: Draft and revise fee petition | 5.00 | $485.00 | $2,425.00 |
| 12/11/2021 | JJ | A104 Review/analyze C200 Researching Law: Review/analyze 7th Circuit cases regarding joinder and Lanham/Copyright Act infringement | 3.00 | $485.00 | $1,455.00 |
| 12/11/2021 | JJ | A103 Draft/revise L250 Other Written Motions and Submissions: Draft/revise fee petition | 1.80 | $485.00 | $873.00 |
| 12/12/2021 | JJ | A102 Research C200 Researching Law: Research and review 7th Circuit fee shifting cases under Lanham/Copyright Acts | 2.30 | $485.00 | $1,115.50 |
| 12/12/2021 | JJ | A103 Draft/revise L250 Other Written Motions and Submissions: Draft/revise fee petition | 5.50 | $485.00 | $2,667.50 |
| 12/13/2021 | JJ | A104 Review/analyze L120 Analysis/Strategy: Review/analyze previously-filed fee petitions in 7th Circuit. | 1.80 | $485.00 | $873.00 |
| 12/13/2021 | JJ | A103 Draft/revise L250 Other Written Motions and Submissions: Draft/revise fee petition | 3.30 | $485.00 | $1,600.50 |

Invoice # 3216 - 12/15/2021

| 12/14/2021 | JJ | A102 Research C200 Researching Law: Research and review fee-shifting cases in 7th Circuit | 1.30 | $485.00 | $630.50 |
|---|---|---|---|---|---|
| 12/14/2021 | JJ | A103 Draft/revise L250 Other Written Motions and Submissions: Draft/revise fee petition | 7.00 | $485.00 | $3,395.00 |
| | | **Services Subtotal** | | | **$44,130.00** |

### Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 12/01/2021 | Government Filings: Disbursement to U.S. Copyright Office for records request SR 1-11015128109 | 1.00 | $1,036.00 | $1,036.00 |
| | **Expenses Subtotal** | | | **$1,036.00** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Jonathan Huang | 27.0 | $100.00 | $2,700.00 |
| Jane Jaang | 52.0 | $485.00 | $25,220.00 |
| Yiqi Wang | 28.0 | $300.00 | $8,400.00 |
| Ning Zhang | 14.2 | $550.00 | $7,810.00 |
| | | **Subtotal** | **$45,166.00** |
| | | **Total** | **$45,166.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 3216 | 12/15/2021 | $45,166.00 | 0.00 | $45,166.00 |
| | | | **Outstanding Balance** | **$45,166.00** |
| | | | **Amount in Trust** | **$42,980.00** |
| | | | **Total Amount Outstanding** | **$2,186.00** |

**Trust**

| Date | Type | Notes | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 12/02/2021 | | Payment for trust request: #3078 | SH20211201 | | $7,500.00 | $7,500.00 |
| 12/02/2021 | | Wire Fee deducted by Bank from Pmt on Trust Req 3078 | SH20211201 | $10.00 | | $7,490.00 |
| 12/07/2021 | | Wire | SH20211201 | | $35,490.00 | $42,980.00 |
| | | | | **Trust Balance** | **$42,980.00** | |

Please make all amounts payable to: Intelink Law Group PC

## Remittance Advice

RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedactedRedacted

# LAFFEY MATRIX

History

Case Law

See the Matrix

Contact us

Home

| Year | Adjustmt Factor** | Paralegal/ Law Clerk | Years Out of Law School * | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/21- 5/31/22 | 1.006053 | $208 | $381 | $468 | $676 | $764 | $919 |
| 6/01/20- 5/31/21 | 1.015894 | $206 | $378 | $465 | $672 | $759 | $914 |
| 6/01/19- 5/31/20 | 1.0049 | $203 | $372 | $458 | $661 | $747 | $899 |
| 6/01/18- 5/31/19 | 1.0350 | $202 | $371 | $455 | $658 | $742 | $894 |
| 6/01/17- 5/31/18 | 1.0463 | $196 | $359 | $440 | $636 | $717 | $864 |
| 6/01/16- 5/31/17 | 1.0369 | $187 | $343 | $421 | $608 | $685 | $826 |
| 6/01/15- 5/31/16 | 1.0089 | $180 | $331 | $406 | $586 | $661 | $796 |
| 6/01/14- 5/31/15 | 1.0235 | $179 | $328 | $402 | $581 | $655 | $789 |
| 6/01/13- 5/31/14 | 1.0244 | $175 | $320 | $393 | $567 | $640 | $771 |
| 6/01/12- 5/31/13 | 1.0258 | $170 | $312 | $383 | $554 | $625 | $753 |
| 6/01/11- 5/31/12 | 1.0352 | $166 | $305 | $374 | $540 | $609 | $734 |
| 6/01/10- 5/31/11 | 1.0337 | $161 | $294 | $361 | $522 | $589 | $709 |
| 6/01/09- 5/31/10 | 1.0220 | $155 | $285 | $349 | $505 | $569 | $686 |
| 6/01/08- 5/31/09 | 1.0399 | $152 | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05-5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04-5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03-6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02-5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01-5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00-5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |
| 6/1/99-5/31/00 | 1.0491 | $101 | $185 | $227 | $328 | $369 | $444 |
| 6/1/98-5/31/99 | 1.0439 | $96 | $176 | $216 | $312 | $352 | $424 |
| 6/1/97-5/31/98 | 1.0419 | $92 | $169 | $207 | $299 | $337 | $406 |
| 6/1/96-5/31/97 | 1.0396 | $88 | $162 | $198 | $287 | $323 | $389 |
| 6/1/95-5/31/96 | 1.032 | $85 | $155 | $191 | $276 | $311 | $375 |
| 6/1/94-5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |

The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g.,DL v. District of Columbia, 267 F.Supp.3d 55, 69 (D.D.C. 2017)

* "Years Out of Law School" is calculated from June 1 of each year, when most law students graduate. "1-3" includes an attorney in his 1st, 2nd and 3rd years of practice, measured from date of graduation (June 1). "4-7" applies to attorneys in their 4th, 5th, 6th and 7th years of practice. An attorney who graduated in May 1996 would be in tier "1-3" from June 1, 1996 until May 31, 1999, would move into tier "4-7" on June 1, 1999, and tier "8-10" on June 1, 2003.

** The Adjustment Factor refers to the nation-wide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor.