## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Mon Cheri Bridals, LLC | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-5202 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Hon. Harry D. Leinenweber |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | Magistrate: Hon. Heather K. McShain |
| | ) | |
| | ) | |

## AGREED MOTION FOR EXTENSION OF TIME TO RESPOND

Plaintiff Mon Cheri Bridals, LLC, with the agreement of Defendant's Counsel, seeks entry of a 14-day extension of time to respond to the Defentant's Motion and Incorporated Memorandum of Law for Fees and Costs [Docket #40], which is currently due on January 7, 2022.

Unforeseen delays due to the holiday and the on-going Covid outbreak have necessitated additional time to draft a response to the Defendant's motion, and the parties are also entering settlement discussions. The parties believe a 14-day extension is in the best interest of the parties and the court.

Plaintiff accordingly asks the court for a 14-day extension to respond until January 21, 2022, by which time the Plaintiff shall file it's response in opposition of the motion.

Dated this 4th Day of January, 2022.     Respectfully submitted,

By:    <u>s/David Gulbransen/</u>
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com