# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mon Cheri Bridals, LLC

                Plaintiff,

v.                                               Case No.: 1:21−cv−05202
                                               Honorable Harry D. Leinenweber

Partnerships and Unincorporated Association Identified on Schedule "A", et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 24, 2022:

       MINUTE entry before the Honorable Harry D. Leinenweber: At the request of the pleading parties and without objection from Plaintiff, Defendants' motion for fees and costs [40] is withdrawn. Telephone conference set for 2/24/22 at 9:00 a.m. Joint status report shall be filed by 2/17/22. To join the conference, dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Security code (if asked): 8115. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.