IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Mon Cheri Bridals, LLC | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-5202 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Hon. Harry D. Leinenweber |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | Magistrate: Hon. Heather K. McShain |
| | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGEMENT**

Plaintiff Mon Cheri Bridals, LLC seeks entry of Default and Default Judgment against all Defendants, excepting those dismissed from the case. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 7th Day of February, 2022.         Respectfully submitted,


By:     s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the February 7, 2022, the **Plaintiff's Motion for Entry of Default and Default Judgment** was filed with the CM/ECF system. The Defendant's will also be provided notice February 7, 2022, via e-mail to the e-mail addresses, and published on the websites identified by the platforms.

By:     s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com

2